

Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
T: 609.896.3600  F: 609.896.1469
www.foxrothschild.com


R. James Kravitz
Certified by the Supreme Court of New Jersey
   as a Civil Trial Attorney
Direct Dial: (609) 895-3316
Internet Address: rkravitz@foxrothschild.com

January 18, 2019

**_VIA ECF_**

Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Bldg. and
U.S. Courthouse
402 East State Street
Trenton, NJ  08608


      Re:    **Discover Bank v. Greenwood House Home for the Jewish Aged t/a Abrams Residence, et al.**
            <u>**Civil Action No. 180-cv-16020(FLW)(TJB)**</u>

Dear Judge Wolfson:

    We represent Greenwood House Home for the Jewish Aged, t/a Abrams Residence ("Greenwood House"), one of the defendants in the above-referenced matter. Counsel for plaintiff provided us with defendant, Leslie Shayne's latest request to adjourn the return date of the Order to Show Cause. We have not been provided with the proposed order or rule to show cause referenced by Mr. Shayne in his letter.

    As your Honor will recall, the Order to Show Cause was originally returnable on December 19, 2018, but was adjourned to January 24, 2019, at Mr. Shayne's request. Mr. Shayne now seeks to adjourn the return date based upon the fact that his dog injured his leg. Continuous adjournment requests are Mr. Shayne's *modus operandi*

    Although perhaps novel, his sick dog argument is not sufficient, as Mr. Shayne can board his dog, Produce, with his vet or whoever else cared for Produce when Mr. Shayne previously traveled to New Jersey for court appearances. Based upon our experience with Mr. Shayne, he will continue to ask for adjournments until they are denied and then will use the denial to claim bias.

A Pennsylvania Limited Liability Partnership

84436956.v1

California    Colorado    Connecticut    Delaware    District of Columbia    Florida    Illinois
    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas    Washington



Hon. Freda L. Wolfson, U.S.D.J.
January 18, 2019
Page 2

For these reasons, Mr. Shayne's adjournment request should be denied.

Respectfully yours,

s/ R. James Kravitz

R. James Kravitz

RJK:bc
cc.   David G. Murphy (via email and regular mail)
      Lawrence F. Gilman (via email and regular mail)
      Leslie J. Shayne (via email, regular mail and certified mail RRR)

84436956.v1