```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

TRENTON OFFICE                          Date: October 21, 2019

CHIEF JUDGE FREDA L. WOLFSON            Docket 3:18-cv-16020(FLW)

Court Reporter: Vincent Russoniello

TITLE OF CASE:

DISCOVER BANK
         vs.
GREENWOOD HOUSE HOME FOR
THE JEWIS AGED
*t/a Abrams Residence* et al.

APPEARANCES:

Leslie Jay Shayne, Defendant Pro Se
David G. Murphy, Esq. for Plaintiff Discover Bank
R. James Kravitz, Esq. for Defendant Greenwood House Home for the Jewish Aged.
Lawrence F. Gilman, Esq. for Defendant Charlotte Shayne and Sondra Lampl.


NATURE OF PROCEEDINGS:

Status Conference held on the record.

                                        *s/Jacqueline Merrigan*
                                          Deputy Clerk


Time Commenced: 10:00 A.M.
Time Adjourned: 11:00 A.M.
Total Time: 1 hour